**Dismiss and Opinion Filed February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00679-CV

**MAURICE MURPHY, Appellant**
**V.**
**AMY WASHINGTON A/K/A ELISA MURPHY, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-06133Y**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Brown
Opinion by Justice Bridges

Despite being ordered to file his brief by December 30, 2013, then given additional time to do so and cautioned that failure to comply would result in dismissal of the appeal, appellant has failed to file his brief. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

120679F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MAURICE MURPHY, Appellant

No. 05-12-00679-CV     V.

AMY WASHINGTON A/K/A ELISA
MURPHY, Appellee

On Appeal from the 330th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-11-06133Y.
Opinion delivered by Justice Bridges.
Justices O'Neill and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Amy Washington a/k/a Elisa Murphy recover her costs, if any, of this appeal from appellant Maurice Murphy.

Judgment entered February 26, 2014

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE